Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

Richard M. Schreiber
Texas State Bar No. 24056278
*Admitted Pro Hac Vice*
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100; Fax: (713) 352-3300
rschreiber@mybackwages.com

*Attorneys for Davis and the Hourly Employees*

Louis M. Bubala III, Nev. Bar No. 8974
**KAEMPFER CROWELL**
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

Ashley Jordaan, Colo. Bar No. 29563
Owen Davis, Colo. Bar No. 52898
*Admitted Pro Hac Vice*
**HUSCH BLACKWELL**
1801 Wewatta Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 749-7200
Facsimile: (303) 749-7272
E-Mail: Ashley.Jordaan@huschblackwell.com
E-Mail: Owen.Davis@huschblackwell.com

*Attorneys for Defendant Timberline Drilling, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAWRENCE DAVIS, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TIMBERLINE DRILLING, INCORPORATED,<br><br>Defendant. | Case No. 3:25-cv-00340-ART-CSD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION TO STRIKE AFFIRMATIVE DEFENSES**<br><br>**(First Request)** |

Plaintiff Lawrence Davis ("Plaintiff" or "Davis") and Defendant Timberline Drilling, Inc. ("Defendant" or "Timberline") (collectively the "Parties"), hereby stipulate and agree to a 14-day extension of time for Plaintiff to file his Motion to Strike Affirmative Defenses as follows:

1. On July 9, 2025, Davis filed his Original Class and Collective Action Complaint. (ECF No. 1).

- 1 -

2. On August 22, 2025, Timberline filed its Answer and Affirmative Defenses. (ECF No. 16).

3. On September 11 and 12, 2025, the Parties conferred regarding Davis's intention to file a motion to strike several affirmative defenses.

4. The deadline for Davis to file a motion to strike affirmative defenses is September 12, 2025.

5. The Parties are still conferring on the identified affirmative defenses.

6. Good cause exists for the requested 14-day extension for Davis to file a motion to strike affirmative defenses to allow Timberline sufficient time to analyze Davis's reasoning for striking certain defenses and to potentially come to a mutual agreement. Consequently, there might not be a need to file a motion to strike.

7. The Parties agree to allow Davis an extension of time to file a motion to strike until September 26, 2025.

8. This is the first request for an extension to time to file a motion to strike and it is in the spirit of efficiency for both the Parties and the Court.

9. The parties submit this Stipulation in good faith and not for any improper purpose.

Date: September 12, 2025

Respectfully submitted,

By: */s/ Richard M. Shcreiber*
Richard M. Schreiber
Texas State Bar No. 24056278
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100; Fax: (713) 352-3300
rschreiber@mybackwages.com

Esther C. Rodriguez
**Rodriguez Law Offices, LLC**
Nevada State Bar No. 006473
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

**ATTORNEYS FOR DAVIS &**

THE HOURLY EMPLOYEES

Ashley Jordaan, Colo. Bar No. 29563
Owen Davis, Colo. Bar No. 52898
**HUSCH BLACKWELL**
1801 Wewatta Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 749-7200
Facsimile: (303) 749-7272
E-Mail: Ashley.Jordaan@huschblackwell.com
E-Mail: Owen.Davis@huschblackwell.com

Louis M. Bubala III, Nev. Bar No. 8974
**KAEMPFER CROWELL**
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

**ATTORNEYS FOR DEFENDANT TIMBERLINE DRILLING, INC**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 15, 2025