1    Esther C. Rodriguez                    Louis M. Bubala III, Nev. Bar No. 8974
      Nevada State Bar No. 006473            **KAEMPFER CROWELL**
2    **RODRIGUEZ LAW OFFICES, P.C.**       50 W. Liberty Street, Suite 1100
      10161 Park Run Drive, Suite 150        Reno, Nevada 89501
3    Las Vegas, Nevada 89145                Telephone: (775) 852-3900
      Tel: (702) 320-8400; Fax: (702) 320-8401   Facsimile: (775) 327-2011
4    esther@rodriguezlaw.com                E-Mail: lbubala@kcnvlaw.com

5    Richard M. Schreiber                   *Attorneys for Defendant Timberline Drilling, Inc.*
      Texas State Bar No. 24056278
6    *Admitted Pro Hac Vice*
      **JOSEPHSON DUNLAP LLP**
7    11 Greenway Plaza, Suite 3050
      Houston, Texas 77046
8    Tel: (713) 352-1100; Fax: (713) 352-3300
      rschreiber@mybackwages.com
9
      *Attorneys for Davis and the Hourly Employees*
10

11                    **UNITED STATES DISTRICT COURT**
12                        **DISTRICT OF NEVADA**

13    LAWRENCE DAVIS, Individually and On Behalf    **Case No. 3:25-cv-00340-ART-CSD**
      of Others Similarly Situated,
14                                                    **SECOND STIPULATION AND**
15                    Plaintiff,                     **ORDER TO STAY, TOLL, AND**
                                                      **MEDIATE**
16    vs.

17    TIMBERLINE DRILLING, INCORPORATED,

18                    Defendant.

19

20

21           Plaintiff Lawrence Davis ("Plaintiff" or "Davis") and Defendant Timberline Drilling, Inc.

22    ("Defendant" or "Timberline") (collectively the "Parties"), jointly move this Court to grant this

23    Stipulation to stay this case and all pending deadlines for a period of 43 days, until February 11,

24    2026, to allow the Parties adequate time to exchange informal discovery, engage in settlement

25    discussions, and attend mediation on January 28, 2026 to resolve this case. In support of this

26    Stipulation, the Parties state as follows:

27           1.       On July 9, 2025, Davis filed his Original Class and Collective Action Complaint.

28    (ECF No. 1).

2.      On August 22, 2025, Timberline filed its Answer and Affirmative Defenses. (ECF No. 16). Timberline denies that any violation of the FLSA or state law occurred and contests that any collective or class treatment is appropriate in this case.

3.      On August 25, 2025, the Court issued its Order Setting Video Case Management Conference (the "Order"). (ECF No. 18). Pursuant to that Order, (i) a Case Management Conference is set for October 8, 2025; (ii) the Parties were required to meet and confer twenty (20) days before the Case Management Conference (September 18, 2025); and (iii) the Parties must submit a Joint Case Management Report and proposed Discovery Plan and Scheduling Order by October 2, 2025.

4.      On September 12 and 22, 2025, the Parties conferred pursuant to the Court's Order and Fed. R. Civ. P. 26(f).

5.      Throughout this process, and per the Court's Order, counsel for the Parties initiated preliminary discussions wherein they broached the possibility of early resolution. To that end, the Parties have agreed to seek a stay of this litigation and the aforementioned deadlines to conserve costs so that they may engage in informal discovery and attend mediation for a potential resolution.

6.      To facilitate productive mediation of the action, the Parties have agreed to engage in a good faith effort to exchange relevant documents and information, including relevant compensation data, timesheets, identification numbers, dates of employment, and other documents and information, the scope of which the Parties will agree for the FLSA Collective Members. Timberline agrees that it will diligently attempt to provide Plaintiff relevant data necessary for mediation at least 21 days prior to mediation. The Parties intend that any document production for purposes of this stay and mediation will be subject to Federal Rule of Evidence 408 and not offered as evidence in this action.

7.      After an initial exchange of relevant documents and data, the Parties will proceed to conduct substantive discussions regarding settlement, review potential damage models, and attend mediation with an experienced wage and hour mediator.

8.      The Parties have agreed to mediate on January 28, 2026, as the first mutually agreeable date between the parties, counsel and mediator, who has experience in these kinds of employment claims.

9.      The proposed stay of this case and all case deadlines will conserve the Parties' and the Court's resources while they work towards a potential resolution of this matter. *See* Fed. R. Civ. P. 1 (indicating the rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding").

10.     The proposed tolling period will toll the FLSA statute of limitations for the FLSA Collective Members from December 30, 2025, until an impasse is declared by the mediator, the expiration of the 43-day stay period requested herein on February 11, 2026, or either Party provides notice (via email or letter) to the other of an impasse, whichever is earlier.

11.     If the Parties are unable to resolve this matter prior to the end of the requested 43-day stay period, they will notify the Court of this fact within 14 days after mediation and will provide the Court with a status report and/or a proposed Discovery Plan and Scheduling Order with a request to reset the case management conference.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court Grant this Stipulation and enter an Order that (i) stays this case and all pending deadlines for a period of 43 days, until February 11, 2026, and (ii) tolls the FLSA statute of limitations for the FLSA Collective Members.

Date: December 30, 2025

Respectfully submitted,

By: */s/ Richard M. Schreiber*
Richard M. Schreiber
Texas State Bar No. 24056278
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100; Fax: (713) 352-3300
rschreiber@mybackwages.com

Esther C. Rodriguez
**Rodriguez Law Offices, LLC**
Nevada State Bar No. 006473
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

**ATTORNEYS FOR DAVIS & THE HOURLY EMPLOYEES**

*/s/ Louis M. Bubala, III*
Louis M. Bubala III, Nev. Bar No. 8974
**KAEMPFER CROWELL**
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

**ATTORNEYS FOR DEFENDANT TIMBERLINE DRILLING, INC**

**IT IS SO ORDERED**.

Dated this 31st day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE