Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

Richard M. Schreiber
Texas State Bar No. 24056278
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100; Fax: (713) 352-3300
rschreiber@mybackwages.com

*Attorneys for Davis and the Hourly Employees*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE DAVIS, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TIMBERLINE DRILLING, INCORPORATED,<br><br>Defendant. | **Case No. 3:25-cv-00340-ART-CSD**<br><br>**JOINT STATUS REPORT** |

1.     Plaintiff Lawrence Davis ("Plaintiff" or "Davis") and Defendant Timberline Drilling Incorporated ("Defendant" or "Timberline") (collectively, the "Parties"), previously agreed to stay this matter while they attempted to resolve the claims in this action. *See* ECF No. 22.

2.     On January 28, 2026, the Parties attended a full-day's mediation before an experienced wage-and-hour mediator.

3.     The Parties have reached an agreement subject to finalizing material terms in the long form agreement.

4.    The Parties request a stay for an additional forty-five (45) days to finalize the terms in the long form agreement.

Dated: February 25, 2026                                    Respectfully submitted,

/s/ Richard M. Schreiber                                    /s/ Louis M. Bublala, III
Richard M. Schreiber                                       Louis M. Bubala, III
Texas Bar No. 24056278                                     Nevada Bar No. 8947
**JOSEPHSON DUNLAP, LLP**                                  **KAEMPFER CROWELL**
11 Greenway Plaza, Suite 3050                              50 W. Liberty Street, Suite 1100
Houston, Texas 77046                                       Reno, Nevada 89501
TEL: 713-352-1100                                          TEL: 775-852-3900
FAX: 713-352-3300                                          FAX: 775-327-2011
rschreiber@mybackwages.com                                 lbubala@kcnvlaw.com

Esther C. Rodriguez                                        Ashley Jordaan
**RODRIGUEZ LAW OFFICES, LLC**                             Colorado Bar No. 29563
Nevada Bar No. 006473                                      Owen Davis
10161 Park Run Drive, Suite 150                            Colorado Bar No. 52898
Las Vegas, Nevada 89145                                    **HUSCH BLACKWELL**
TEL: 702-320-8400                                          1801 Wewatta Street, Suite 1000
FAX: 702-320-8401                                          Denver, Colorado 80202
esther@rodriguezlaw.com                                    TEL: 303-749-7200
                                                           FAX: 303-749-7272
**ATTORNEYS FOR DAVIS & THE**                              Ashley.jordaan@huschblackwell.com
**HOURLY EMPLOYEES**                                       Owen.Davis@huschblackwell.com

                                                           **ATTORNEYS FOR DEFENDANT TIMBERLINE**
                                                           **DRILLING INCORPORATED**

**IT IS SO ORDERED.**

Dated this 26th day of February , 2026.

UNITED STATES MAGISTRATE JUDGE

- 2 -
JOINT STATUS REPORT
*Davis v. Timberline Drilling, Incorporated*